UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| HUNG VAN NGUYEN, | ) | CASE NO.   C07-1367-JCC-MAT |
| | ) | (CR04-180-JCC) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | RESPONDENT'S MOTION FOR |
| UNITED STATES OF AMERICA, | ) | LEAVE TO FILE EXCESS PAGES IN |
| | ) | ANSWER |
| Respondent. | ) | |
| _____ | ) | |

On October 17, 2007, respondent filed a motion for leave to file excess pages in its answer to petitioner's § 2255 motion. (Doc. #7). Respondent's answer is seventeen pages long and attached to it are exhibits totaling 130 pages. (Doc. #8). Having considered the motion and the balance of the record, the Court does hereby find and ORDER:

(1) Respondent's motion for leave to file excess pages (Doc. #7) is GRANTED. However, respondent is directed to submit a paper copy of the answer and exhibits for use by the Court. This copy may be submitted directly to the chambers of the undersigned United States Magistrate Judge.

(2) The Clerk shall direct a copy of this Order to petitioner, to counsel for respondent,

ORDER GRANTING RESPONDENT'S MOTION FOR
LEAVE TO FILE EXCESS PAGES IN ANSWER
PAGE -1

01 and to the Honorable John C. Coughenour.

02        DATED this 19th day of October, 2007.

                                    _____
                                    Mary Alice Theiler
                                    United States Magistrate Judge

ORDER GRANTING RESPONDENT'S MOTION FOR
LEAVE TO FILE EXCESS PAGES IN ANSWER
PAGE -2