UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| HUNG VAN NGUYEN, | ) | CASE NO.   C07-1367-JCC |
| | ) | (CR04-180-JCC) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING § 2255 MOTION |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's § 2255 motion, the parties' briefs, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 13);

(2) Petitioner's § 2255 motion (Dkt. No.1) is DENIED, and this action is dismissed with prejudice; and

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

ORDER DENYING § 2255 MOTION
PAGE -1

DATED this 24th day of January, 2008.

*[signature: John C. Coughenour]*

JOHN C. COUGHENOUR
United States District Judge

ORDER DENYING § 2255 MOTION
PAGE -2